# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hughes, Lynn N. | 2. Court or Organization<br><br>Southern District of Texas | 3. Date of Report<br><br>8/12/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Suite 11122
515 Rusk Street
Houston, Texas 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Independent Executor | Estate ( █████ , no interest, no compensation) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 8/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 8/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | **********Land********** | | | | | | | | | |
| 2. | Tract One, Colorado County, Texas; grazing | C | Rent | M | R | | | | | 12/30/91 -- $185,500 |
| 3. | Tract Two, Colorado & Wharton Counties, Texas; rice | E | Rent | N | R | | | | | 12/30/91 -- $332,112 |
| 4. | TwoTract Two, Grant of Easement (X) Wharton County, Texas | | | L | R | | | | | 12/30/91 -- $332,112 |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | **********Minerals********* | | | | | | | | | |
| 8. | San Juan County, New Mexico - 1 Production Gathering | A | Royalty | J | W | | | | | |
| 9. | San Juan County, New Mexico - 2 Blue Door | A | Royalty | J | W | | | | | |
| 10. | San Juan County, New Mexico - 3 McLane Family | A | Royalty | J | W | | | | | |
| 11. | Coleman County, Texas Sunoco | B | Royalty | K | W | | | | | |
| 12. | Nueces County, Texas Devon Energy | A | Royalty | J | W | | | | | |
| 13. | San Juan County, New Mexico - 4 CML Exploration | A | Royalty | J | W | | | | | |
| 14. | Wharton County, Texas -1 Everest | A | Royalty | J | W | | | | | |
| 15. | San Juan County, New Mexico - 5 Flint Hills | A | Royalty | J | W | | | | | |
| 16. | San Juan County, New Mexico - 6 CouocoPhillips | A | Royalty | J | W | | | | | |
| 17. | Wood County, Texas - Estate Southwest Operating | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 8/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wharton County, Texas - 2 NCEY | A | Royalty | J | W | | | | | |
| 19. Andrews County, Texas Vanguard | A | Royalty | J | W | | | | | |
| 20. San Juan County, New Mexico - 7 XTO Energy | B | Royalty | J | W | | | | | |
| 21. San Juan County, New Mexico - 8 BP America | B | Royalty | J | W | | | | | |
| 22. San Juan County, New Mexico - 9 Energen | D | Royalty | J | W | | | | | |
| 23. San Juan County, New Mexico - 10 SG Interests | A | Royalty | J | W | | | | | |
| 24. San Juan County, New Mexico - 11 Turner | A | Royalty | J | W | | | | | |
| 25. Wharton County, Texas - 3 151.32 Century Assets | D | Royalty | J | W | Open | 10/17/13 | J | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. **********IRAs********* | | | | | | | | | |
| 29. FundSource-1 (Y) | A | Dividend | J | T | Closed | 12/05/12 | O | | See Note One |
| 30. FundSource-2 (Y) | A | Dividend | J | T | Closed | 12/05/12 | O | | See Note One |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. ********Mutual Funds*********** | | | | | | | | | |
| 34. *WF Command Asset Program -- GP (Mutual Fund One) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 8/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Invesco Global Real Estate Argyx | A | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 36. Invesco International Growth | C | Dividend | N | T | | | | | |
| 37. Invesco Asia Growth | D | Dividend | O | T | | | | | |
| 38. Invesco Developing Markets | D | Dividend | P1 | T | | | | | |
| 39. Delaware Group Equity Funds II-Value | B | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 40. Dreyfus Appreciation Fund | B | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 41. RS Invt Emerging Markets Fund | B | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 42. Hancock John Cap Ser Clasic | A | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 43. Harbor Fund Intl Fund Instl Hainx | B | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 44. Eagle Small Cap Growth Fund | A | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 45. Keeley Funds Small Cap | A | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 46. Columbia Value | D | Dividend | N | T | | | | | |
| 47. Mainstay Large Cap | B | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 48. Wells Fargo Funds Emerging Growth Instl | A | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 49. Oppenheimer Developing Markets | A | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 50. Pioneer Mid-Cap Value | C | Dividend | N | T | | | | | |
| 51. Prudential Mid Cap Growth | B | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 8/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Prudential Equity Opportunity | B | Dividend | P1 | T | | | | | |
| 53. Touchstone Strategic Large Cap Growth | A | Dividend | J | T | Buy | 12/6/12 | J | | See Note One |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. *WF Command Asset Program -- LNH (Mutual Fund Two) | | | | | | | | | |
| 57. Invesco Global Real Estate | A | Dividend | J | T | | | | | |
| 58. Managers AMG FDS Timesquare Midcap | A | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 59. Blair Williams FDS Intl Growth | B | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 60. Advisors Inner Circle FD Cambiar | B | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 61. Delaware Smid Cap Growth | G | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 62. Delaware Group Global & Intl Equity Fund | H1 | Dividend | N | T | Buy | 12/06/12 | J | | See Note One |
| 63. Delaware Group US Growth | A | Dividend | N | T | | | | | |
| 64. Delaware Group Small Cap Value | B | Dividend | O | T | | | | | |
| 65. Delaware Group Equity Value | D | Dividend | O | T | | | | | |
| 66. Delaware Group Equity Funds II | B | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 67. Delaware Group Equity Funds II Cl DD | B | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 68. Dreyfus Appreciation Fund | B | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 8/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DWS Value Ser Small Cap | A | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 70. First Eagle Funds Sogen Overseas Fund | B | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 71. RS Investor TR Emerging | B | Dividend | J | T | Buy | 12/06/12 | J | | |
| 72. Goldman Sachs TR Finl Square Treas | A | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 73. Hancock John Cap Ser Classic Value | A | Dividend | J | T | Buy | 12/6/12 | J | | See Note One |
| 74. Harbor FD Inlt Fund | B | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 75. Eagle Small Cap Growth Fund | A | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 76. Hotchkis & Wiley Mid Cap Value Fund | A | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 77. Keeley FDS Inc. Small Cap | A | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 78. Lord Abbott Global | D | Dividend | M | T | | | | | |
| 79. Morgan Stanley Instl Fund Trust | A | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 80. Mainstay Large Cap Growth Fund | B | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 81. Wells Fargo Funds TR Emerging Growth | A | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 82. Oppenheimer Dev Markets CL | A | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 83. Pimco FDS PAC Invest Management | A | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 84. Prudential Invt Port 12 Global Real Estate | F | Dividend | L | T | | | | | |
| 85. Security Equity FD Guggenheim Mid Cap | A | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 8/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Touchstone Strategic Large Cap Growth | B | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 87. Prudential Global Real Estate | B | Dividend | | | Sold | 12/11/13 | J | A | |
| 88. Delaware Funds Global Value | A | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 89. Delaware Mutual Funds Natl High Yield | F | Dividend | J | T | Buy | 12/06/12 | J | | See Note One |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. **********Equities********** | | | | | | | | | |
| 93. Prosperity Bancshares | B | Dividend | L | T | | | | | |
| 94. Chevron | D | Dividend | M | T | | | | | |
| 95. Wells Fargo & Co. | G | Dividend | P1 | T | | | | | |
| 96. Wells Fargo & Co.-2 | E | Dividend | L | T | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. ******Alternative Investments******** | | | | | | | | | |
| 100. ABS Global Long Short | | None | J | T | Buy | 07/27/11 | J | | See Note Two |
| 101. Aurora Diversified ASP | | None | J | T | Buy | 07/27/11 | J | | See Note Two |
| 102. Beach Horizon ASP | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 8/12/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Graham Alt Inv ASP | | None | M | T | | | | | |
| 104. Corbin Pinehurst Partners ASP | | None | N | T | Buy | 07/27/11 | M | | See Note Two |
| 105. WNT Futurs ASP | | None | M | T | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. ****Money Market Funds ***** | | | | | | | | | |
| 109. Wells Fargo Advisors | A | Interest | J | T | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. *****Bank Accounts***** | | | | | | | | | |
| 113. JP Morgan- Chase | | None | K | T | | | | | |
| 114. Compass Bank (Y) | | | | | Closed | 06/30/13 | J | | |
| 115. Wells Fargo Bank - 1 | A | Interest | K | T | | | | | |
| 116. Wells Fargo Bank - 2 | A | Interest | N | T | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. *****Municipal Bonds***** | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 8/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Houston Utility | C | Interest | L | T | | | | | |
| 121.  Lower Colorado River | C | Interest | L | T | | | | | |
| 122.  Roma ISD | A | Interest | K | T | | | | | |
| 123.  New Braunfels | B | Interest | K | T | | | | | |
| 124.  University of Texas | A | Interest | K | T | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127.  **********Estate********** | | | | | | | | | |
| 128.  USB Cashfund Money Market | A | Interest | J | T | | | | | |
| 129.  Putnam Global Equity | A | Distribution | | | Closed | 10/31/13 | J | | |
| 130.  Templeton Growth | A | Distribution | | | Closed | 10/31/13 | J | | |
| 131. | | | | | | | | | |
| 132.  *********End********** | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 8/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note One:  This information was inadvertently omitted from previous disclosure.  The statements were not received until January.  The IRAs were closed and the money was rolled into the mutual funds to buy stock.

Note Three: This information was inadvertently omitted.

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 8/12/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lynn N. Hughes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544